UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC FLORES,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 2:20-cv-00693-RFB-EJY

**ORDER**

## I.   DISCUSSION

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. ECF No. 1-1. Plaintiff later filed an unsigned first amended complaint. ECF No. 4-1. On March 30, 2021, the Court issued an order explaining to Plaintiff that he must personally sign every pleading he files, including a complaint. ECF No. 7. The Court explained that it could not consider Plaintiff's unsigned first amended complaint, and the Court gave Plaintiff leave to file a complete, signed, second amended complaint by April 29, 2021. *Id.*

On April 28, 2021, Plaintiff filed three documents including (1) a Motion for Transcript that requests a copy of his first amended complaint (ECF No. 8), (2) an incomplete [Second] Amended Complaint (ECF No. 9) that only includes the title page, and (3) a Motion for Extension of Time "due to unforeseen variables." ECF No. 10. As the Court explained in its previous order, an amended complaint must be complete in itself, and it must include all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. ECF No. 7 at 1-2. Plaintiff's [Second] Amended Complaint fails to assert any claims. The Court finds this document cannot be considered as filed.

The Court grants Plaintiff's Motion for Transcript that seeks a courtesy copy of Plaintiff's amended complaint and Plaintiff's Motion for Extension of Time. ECF Nos. 8 and 10. If Plaintiff wants to proceed with this action, he must file a third amended complaint on or before June 15, 2021. The third amended complaint must be complete (include all causes of action identified

against specific defendants with facts supporting the legal claims) and it must be signed. If a third amended complaint is not filed by or before June 15, 2021, the Court will screen Plaintiff's original complaint only.

## II. CONCLUSION

IT IS HEREBY ORDERED that Plaintiff's Motion for Transcript (seeking a courtesy copy of his amended complaint) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff a courtesy copy of his amended complaint (ECF No. 4-1).

IT IS FURTHER ORDERED that Plaintiff's Motion for Extension of Time (ECF No. 10) is GRANTED. Plaintiff shall file a third amended complaint on or before June 15, 2021.

IT IS FURTHER ORERED that the Court cannot consider Plaintiff's single page [Second] Amended Complaint. ECF No. 9.

IT IS FURTHER ORDERED that if Plaintiff fails to file a complete, signed, third amended complaint on or before June 15, 2021, the Court will screen Plaintiff's initial complaint only.

DATED this 17th day of May 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE