UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC FLORES,<br><br>  Plaintiff,<br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | Case No. 2:20-cv-00693-RFB-EJY<br><br>**ORDER** |

**I.   DISCUSSION**

On May 17, 2021, the Court issued an Order granting Plaintiff's request for a courtesy copy of his first amended complaint and an extension until June 15, 2021, to file a complete, signed, third amended complaint. ECF No. 11 at 2. Subsequently, Plaintiff wrote a letter to the Court stating he has not received a copy of his first amended complaint and again requesting a copy. ECF No. 12.

The Court construes the letter as a motion for a courtesy copy of Plaintiff's first amended complaint and grants the motion. In light of the allegation that Plaintiff has not received a copy of his first amended complaint, the Court also extends the deadline for Plaintiff to file a third amended complaint until July 15, 2021.

**II.   ORDER**

IT IS HEREBY ORDERED that Plaintiff's motion for a courtesy copy of his first amended complaint (ECF No 12) is GRANTED. The Clerk of the Court shall send Plaintiff a courtesy copy of his amended complaint (ECF No. 4-1).

It is further ordered that if Plaintiff fails to file a complete, signed, third amended complaint on or before July 15, 2021, the Court will screen Plaintiff's initial complaint only.

DATED THIS 10th day of June 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1