UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC FLORES,

        Plaintiff,

       v.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

Case No.  2:20-cv-00693-RFB-EJY

ORDER

**I.      DISCUSSION**

On June 10, 2021, the Court issued an Order giving Plaintiff until July 15, 2021, to file a third amended complaint.  ECF No. 13.  On June 14, 2021, Plaintiff filed a Motion for Extension of Time requesting an additional 15 days to file his third amended complaint.  ECF No. 14.  The Court grants Plaintiff's Motion.  Plaintiff shall file his third amended complaint on or before August 1, 2021.

**II.     CONCLUSION**

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time (ECF No. 14) is GRANTED.  Plaintiff shall file his third amended complaint on or before August 1, 2021.

IT IS FURTHER ORDERED that if Plaintiff fails to file a complete, signed, third amended complaint on or before August 1, 2021, the Court will screen Plaintiff's initial complaint only.

DATED this 15th day of June 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1