UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC FLORES<br><br>            Plaintiff,<br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al*,<br><br>            Defendants. | Case No. 2:20-cv-00693-RFB-EJY<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE APPEARANCE FOR ERIC FLORES, #1015392** |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

THE COURT HEREBY FINDS that **ERIC FLORES, #1015392**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

IT IS HEREBY ORDERED that the Warden of High Desert State Prison or his designee, shall arrange for and produce by teleconference, **ERIC FLORES, #1015392** on or about, **June 3, 2022 at the hour of 9:00 AM** for a Videoconference at the scheduled hearing and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **ERIC FLORES, #1015392,** is released and discharged by the said Court; and that **ERIC FLORES, #1015392**, shall thereafter be returned to the custody of the Warden, High   Desert State, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 20th day of May, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**