AARON D. FORD
  Attorney General
CHRISTOPHER M. GUY (Bar No. 15239)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: cguy@ag.nv.gov

*Attorneys for Specially Appearing Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC FLORES, | Case No. 2:20-CV-00693-RFB-EJY |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE STIPULATION AND ORDER TO DISMISS** |
| NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

  Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Christopher M. Guy, Deputy Attorney General, hereby submit Defendants' Motion For Extension Of Time To File Stipulation And Order To Dismiss Pursuant To Court Order (ECF No. 34).

### MEMORANDUM OF POINTS AND AUTHORITIES

  In its Screening Order, this Courts ordered that a "motion requesting that the Court continue the stay" be filed if a settlement is reached. ECF No. 34 at 17. A settlement was reached on July 15, 2022. *See* ECF No. 46. Consequently, Defendants are required to file this motion for extension of time in addition to a 90-day status report. *See* ECF No. 34 at 17.

///

Defendants request a 60-day continuation of the stay. Accordingly, the stay should be continued to **September 25, 2022**.

DATED this 27th day of July 2022.

                                       Respectfully submitted,

                                       AARON D. FORD
                                       Attorney General

                                       By:  /s/ Christopher M. Guy
                                                 CHRISTOPHER M. GUY (Bar No. 15239)
                                                 Deputy Attorney General
                                                 *Attorneys for Defendants*

                                       **IT IS SO ORDERED.**

                                       _____
                                       **U.S. MAGISTRATE JUDGE**

                                       **Dated:  July 28, 2022**